DC 11
Rev. 7/82

WRIT OF EXECUTION     CASE NO. 95-5004-SBA

# United States District Court

| | |
|---|---|
| **DISTRICT** | Northern District of California |

**TO THE MARSHAL OF:**
The Northern District of California

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to

**NAME**
Fit Net, Inc.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $114,133.57 | and |

in the United States District Court for the _____ District of New Jersey,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Fit Net, Inc.

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| Palo Alto, California | Northern District of California |
| **CITY** Oakland, California | **DATE** January 10, 1996 |

Witness the Honorable ___Joseph E. Irenas___
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| JAN 22 1996 | RICHARD W. WIEKING |
| | (BY) DEPUTY CLERK *Kelly Coll* |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |